IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PRO FIT MANAGEMENT, INC., d/b/a )
DRAFT INCREASE SOLUTIONS,       )
                                )
        Plaintiff(s),            )
                                )   CASE NO. 08-cv-02662-JAR-DJW
v.                              )
                                )
LADY OF AMERICA                 )
FRANCHISE CORPORATION           )
                                )
        Defendant.              )

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Carl H. Hoffman, Jr.

2. I practice under the following firm name or letterhead:

    Name: Hoffman & Hertzig, P.A.

    Address: 901 Ponce de Leon Blvd., Suite 500

    Telephone Number: 305-445-3100 x 104

    Fax: 305-444-5656

    Email address: chh@hoffhertz.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. Supreme Court | June 22, 1970 | |
| Missouri Supreme Court | September 3, 1966 | 19324 |
| Florida Supreme Court | November 10, 1969 | 118997 |
| 5th Cir. Ct. of Appeals | July 21, 1970 | |
| 8th Cir. Ct. of Appeals | April 24, 1994 | |
| 10th Cir. Ct. of Appeals | March 7, 2002 | |
| 11th Cir. Ct. of Appeals | October 19, 1981 | |
| USDC, S.D.Fla. | April 30, 1970 | |
| USDC, M.D.Fla. | January 16, 1981 | |
| USDC, N.D.Ohio | February 13, 2006 | |

I have also been admitted pro hac vice in California, Connecticut, Kansas (this court), Kentucky, Minnesota and Georgia.

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

2

8.  No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.  I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

DATED this 7th day of January, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Carl H. Hoffman (Florida Bar # 118997)
E-mail address: chh@hoffhertz.com
HOFFMAN & HERTZIG, P.A.
901 Ponce de Leon Blvd., Suite 500
Coral Gables, Florida 33134
Telephone: (305) 445-3100 x 104
Facsimile: (305) 444-5656
Attorney for Plaintiff

SWORN AND SUBSCRIBED before me this 7 day of January, 2010.

_____
Notary Public

M. RUIZ
MY COMMISSION # DD 878599
EXPIRES: June 20, 2013
Bonded Thru Budget Notary Services

My commission expires:

3