IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| PRO FIT MANAGEMENT, INC. <br> d/b/a DRAFT INCREASE SOLUTIONS <br><br> Plaintiffs, <br><br> v. <br><br> LADY OF AMERICA FRANCHISE <br> CORPORATION, *et al*. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-cv-02662-JAR-DJW <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S ANSWER TO DEFENDANT LADY OF AMERICA FRANCHISE
CORPORATION'S COUNTERCLAIM**

Plaintiff/Counter-Defendant, Pro Fit Management Inc. ("Pro Fit"), by its attorneys, for its Answer to Defendant's Lady of America Franchise Corporation ("Defendant"), admits, denies and/or state as follows:

1. Plaintiff admits the allegations contained in Paragraph 1 of the Counterclaim.

2. Plaintiff denies the allegations contained in Paragraph 2 of the Counterclaim.

3. Plaintiff lacks sufficient information to admit or deny the allegations contained in Paragraph 3 of the Counterclaim and therefore denies the same.

4. Plaintiff denies the allegations contained in Paragraph 4 of the Counterclaim.

5. Plaintiff specifically denies any allegation in the Counterclaims not specifically admitted herein.

**AFFIRMATIVE DEFENSES**

By and for its affirmative defenses, Plaintiff/Counter-Defendant Pro Fit states as follows:

First Affirmative Defense

1. Defendant's Counterclaim fails to state a claim against Plaintiff upon which relief can be granted.

## Second Affirmative Defense

2. Defendant's Counterclaims are barred by the doctrine of waiver.

## Third Affirmative Defense

3. Defendant's Claim for relief is barred, in whole or in part, by the doctrine of acquiescence.

## Fourth Affirmative Defense

4. Defendant's Claim for relief is barred, in whole or in part, by the doctrine of unclean hands.

## Fifth Affirmative Defense

5. Defendant's Claim for relief is barred, in whole or in part, by the doctrine of laches.

## Sixth Affirmative Defense

6. Defendant's Claim for relief should be barred by Defendant's fraudulent activity as more fully set forth in Plaintiff's complaint, in that Defendant obtained and/or accessed Plaintiff's materials with the intention of distributing Plaintiff's materials as Defendant's own materials.

7. Defendant obtained and/or accessed Plaintiff's materials representing that the materials would not be used commercially.

8. Defendant used the materials commercially with the knowledge that such use contradicted its representation.

9. Upon information and belief, at the time Defendant obtained and/or accessed the materials, Defendant intended to use the materials in a commercial manner by distributing the materials to its franchisees.

10. Based upon Defendant's representations that the use would be noncommercial, Plaintiff invested substantial time and effort in promoting, developing, providing, and/or assisting Defendant and Defendant's franchisees with access to plaintiff's materials.

11. As a result of Plaintiff's reasonable reliance on defendant's misrepresentations, defendant has been harmed in an amount to be determined at trial.

<u>Seventh Affirmative Defense</u>

12. Defendant is equitably estopped from asserting each and all of the purported causes of actions by reason of his own acts, omission and conduct, or that of its agents.

WHEREFORE, Plaintiff requests that the Counterclaim and all claims therein against Plaintiffs, be dismissed so that Defendants take nothing from Plaintiff, that Plaintiff be awarded its costs and attorneys fees incurred in defending against this action, and such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: s/Arthur K. Shaffer
Arthur K. Shaffer, #20609
INTELLECTUAL PROPERTY CENTER, LLC
9233 Ward Parkway
Suite 100
Kansas City, Missouri 64114
Telephone: (816) 363-1555
Facsimile:  (816) 363-1201
Email:  ashaffer@theipcenter.com

HOFFMAN & HERTZIG, PA
Carl H. Hoffman, Jr., Esq.

        901 Ponce de Leon Blvd., Suite 500
        Coral Gables, FL 33134
        Telephone: (305) 445-3100
        Facsimile: (305) 444-5656
        Email: chh@hoffhertz.com

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2010, a copy of the above and foregoing was filed with the U.S. District Court, for the District of Kansas, using the CM/ECF system with notice of electronic filing to be generated and sent to the following counsel of record:

LATHROP & GAGE, LLP
Robert O. Lesley
Joan K. Archer
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Phone: (816) 292-2000
Fax:    (816) 292-2100

ZARCO EINHORN SALKOWSKI & BRITO, P.A.
Robert Zarco, Esq.
Himanshu M. Patel, Esq.
100 S.E. 2nd Street, Suite 2700
Miami, FL 33131
Phone: (305) 374-5418
Fax: (305) 374-5428

        By: s/Arthur K. Shaffer
        Arthur K. Shaffer